## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

Rochelle Lynn Ramsey

Cory Raymond Ramsey

Debtor(s)

Case No: 14–42444 – RJK

Chapter 13 Case

### ORDER CONFIRMING CHAPTER 13 PLAN AND ALLOWING COMPENSATION

It appears that the debtor(s) filed a plan, that the plan conforms to Local Rules 3015–1 through 3020–3 and Local Form 3015–1, that copies thereof were mailed to creditors, that a meeting of creditors was held, that a hearing on confirmation of the plan was held, and no objection to confirmation of the plan as filed or as modified has been made, or if made, has been withdrawn or overruled by the court.

It further appears that the attorney for the debtor(s) filed an application for compensation for preconfirmation services, and that the application conforms to Local Rule 2016–1(d) and Local Form 2016–1(d).

IT IS THEREFORE ORDERED, that the plan as filed or as modified is confirmed. It is further ordered the attorney for the debtor(s), William P. Kain, is awarded $ 3000.00 for compensation or reimbursement and the trustee is directed to pay such amount to the attorney for the debtor(s) as provided in the plan.

Dated: 9/22/14

Robert J Kressel
United States Bankruptcy Judge

NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT
Filed and docket entry made on September 22, 2014
Lori Vosejpka Clerk, United States Bankruptcy Court
By: reneee Deputy Clerk

**mnbocnf13** 13ocnf 5/13

United States Bankruptcy Court
District of Minnesota

In re:                                                                  Case No. 14-42444-RJK
Rochelle Lynn Ramsey                                                    Chapter 13
Cory Raymond Ramsey
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0864-4        User: reneee           Page 1 of 1           Date Rcvd: Sep 22, 2014
                           Form ID: 13ocnf         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 24, 2014.
db/jdb        +Rochelle Lynn Ramsey,    Cory Raymond Ramsey,    13374 Bradley Blvd,    Becker, MN 55308-9534

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2014                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 22, 2014 at the address(es) listed below:
              Kyle  Carlson    info@carlsonch13mn.com,   barnesvillemn13@ecf.epiqsystems.com
              Roylene A Champeaux    on behalf of Interested Party    United States of America-Internal Revenue
               Service Roylene.Champeaux@usdoj.gov,
               karen.malikowski@usdoj.gov;usamn.ecfbankruptcy@usdoj.gov;muriel.holland@usdoj.gov;andrea.kyllonen
               @usdoj.gov
              US Trustee    ustpregion12.mn.ecf@usdoj.gov
              United States of America-Internal Revenue Service    roylene.champeaux@usdoj.gov
              William P. Kain   on behalf of Joint Debtor Cory Raymond Ramsey sonjaq@kainscott.com
              William P. Kain   on behalf of Debtor Rochelle Lynn Ramsey sonjaq@kainscott.com
                                                                                        TOTAL: 6